

Friday, November 1, 2013

Misc. No. 14–8003/AF. U.S. v. Douglas A. Toro. CCA 2013–23. On consideration of the writ–appeal petition and Appellant's motion to supplement the administrative record in support of the writ–appeal petition, it is ordered that said motion is hereby granted, and that said writ–appeal petition is hereby denied without prejudice to Appellant's right to raise the issues asserted during the course of normal appellate review.

No. 14–8005/AF. Yefrey S. Mercado, Appellant v. United States. CCA 2013–22. On consideration of the petition for extraordinary relief in the nature of a writ of mandamus filed by counsel on October 31, 2013, under Rule 27(a), it appears that said petition is in fact a writ–appeal petition for review of the decision of the Air Force Court of Criminal Appeals on application for extraordinary relief in the nature of a writ of mandamus under Rule 27(b). Accordingly, it is ordered that Appellee will file an answer to said petition on or before November 12, 2013.